

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2022

No. 04-22-00773-CR

Ex parte Jose Luis Cabrera Mendoza,
Appellant

From the County Court, Kinney County, Texas
Trial Court No. 12651CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

The clerk's record, which was filed in this appeal on November 21, 2022, does not contain the trial court's certification of the defendant's right of appeal, pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure. It is therefore ORDERED that the trial court prepare a certification of the defendant's right of appeal and cause the trial court clerk to file a supplemental clerk's record containing the certification by **December 14, 2022**. *See* TEX. R. APP. P. 34.5(c)(2).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court